**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ameliom Ventures, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **87-3111926** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **30985 Oakview Rd.**<br>**Bulverde, TX 78163**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Comal**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Ameliom Ventures, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5415**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known | |

Debtor  **Ameliom Ventures, LLC**
Name

Case number (*if known*)

| Debtor | **Ameliom Ventures, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Ameliom Ventures, LLC**                                           Case number (*if known*) _____
     Name

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**
               MM / DD / YYYY

**X** **/s/ Brian L. Adams**                                    **Brian L. Adams**
    Signature of authorized representative of debtor      Printed name

Title   **President and authorized representative**

---

**18. Signature of attorney**

**X** **/s/ H. Anthony Hervol**                         Date   **June 20, 2024**
    Signature of attorney for debtor                                MM / DD / YYYY

**H. Anthony Hervol 00784264**
Printed name

**Law Office of H. Anthony Hervol**
Firm name

**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
Number, Street, City, State & ZIP Code

Contact phone   **(210) 522-9500**        Email address   **hervol@sbcglobal.net**

**00784264 TX**
Bar number and State

Debtor    **Ameliom Ventures, LLC**                                                    Case number (*if known*) _____
          _____
          Name

| Fill in this information to identify your case: |
| :--- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS
_____

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Ameliom IT, LLC** | | | Relationship to you | **Affiliate** |
| :--- | :--- | :--- | :--- | :--- | :--- |
| District | **Western District of Texas** | When | **6/20/24** | Case number, if known | **24-51148-CAG** |
| Debtor | **Archsys, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Texas** | When | **6/20/24** | Case number, if known | **24-51149-CAG** |

**Fill in this information to identify the case:**

Debtor name  **Ameliom Ventures, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 20, 2024**

X **/s/ Brian L. Adams**
Signature of individual signing on behalf of debtor

**Brian L. Adams**
Printed name

**President and authorized representative**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ameliom Ventures, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Encore Bank 1801 Rahling Road Little Rock, AR 72211** | | **SBA loan** | | | | **$2,027,688.29** |
| **Encore Bank 1801 Rahling Road Little Rock, AR 72211** | | **SBA loan** | | | | **$69,010.28** |
| **Jennifer and Lanny Ballard c/o Lloyd & Mousilli, PLLC 11807 Westheimer Road, Suite 550  PMB 944 Houston, TX 77077** | | **Promissory Note** | **Unliquidated** | | | **$282,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re    **Ameliom Ventures, LLC**                      Case No.                                        
                                      Debtor(s)          Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ameliom Holdings, LP**<br>**30985 Oakview Rd.**<br>**Bulverde, TX 78163** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President and authorized representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 20, 2024**                              Signature   **/s/ Brian L. Adams**
                                                               **Brian L. Adams**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re   **Ameliom Ventures, LLC**                                                           Case No. _____

                                                    Debtor(s)          Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and authorized representative of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:   **June 20, 2024**                                   **/s/ Brian L. Adams**
                                                           **Brian L. Adams**/**President and authorized representative**
                                                           Signer/Title

United States Trustee
615 E Houston Street, Ste 533
San Antonio, TX 78205


Ameliom Holdings, LP
30985 Oakview Rd.
Bulverde, TX 78163


Ameliom, LLC
30985 Oakview Rd.
Bulverde, TX 78163


Archsys, Inc.
30985 Oakview Rd.
Bulverde, TX 78163


Attorney General of the United States
Main Justice Building, Room 5111
10th and Constitution Ave., N.W.
Washington, DC 20530


Brian Adams
30985 Oakview Rd.
Bulverde, TX 78163


Encore Bank
1801 Rahling Road
Little Rock, AR 72211


Internal Revenue Service - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Jennifer and Lanny Ballard
c/o Lloyd & Mousilli, PLLC
11807 Westheimer Road,
Suite 550  PMB 944
Houston, TX 77077


Mary A. Frosto
Vice President SBA Funding / Servicing
1225 S. Main St, Suite 101
Grapevine, TX 76051

U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202


United States Attorney/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney/SBA
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

# United States Bankruptcy Court
## Western District of Texas

In re   **Ameliom Ventures, LLC**

Debtor(s)

Case No. 

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ameliom Ventures, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ameliom Holdings, LP**
**30985 Oakview Rd.**
**Bulverde, TX 78163**

☐ None [*Check if applicable*]

**June 20, 2024**

Date

**/s/ H. Anthony Hervol**

**H. Anthony Hervol 00784264**

Signature of Attorney or Litigant

Counsel for   **Ameliom Ventures, LLC**

**Law Office of H. Anthony Hervol**
**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
**(210) 522-9500 Fax:(210) 522-0205**
**hervol@sbcglobal.net**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **AMELIOM VENTURES, LLC,** | § | **CASE NO. 24-5_____** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

<u>**DECLARATION OF BRIAN L. ADAMS**</u>

I, Brian L. Adams, declare as follows:

1.      My name is Brian L. Adams.  I am over 18 years of age and am fully competent to make this Declaration.  The facts stated in this Declaration are based upon my personal knowledge and are true and correct. I submit this Declaration as required by 11 U.S.C. §1116(1).

2.      Attached hereto is the most recently filed federal income tax return for Ameliom Holdings, LP, which contains the tax information for the Debtor.  To the best of my knowledge, no recent statements of operations, balance sheet, or cash flow statement has been prepared other than what may be contained in the foregoing documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th__ day of June, 2024.


___/s/ Brian L. Adams _____
Brian L. Adams, President and authorized
representative of the Debtor

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2022, or tax year beginning _____, ending _____  Go to www.irs.gov/Form1065 for instructions and the latest information. | | **2022** |

| A Principal business activity **COMPUTER SERVICES** | | Name of partnership **AMELIOM HOLDINGS LP** | | D Employer identification number ████ 126 |
|---|---|---|---|---|
| B Principal product or service **COMPUTER SERVICES** | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions. **30985 OAKVIEW RD** | | E Date business started **01/10/2020** |
| C Business code number **541519** | | City or town, state or province, country, and ZIP or foreign postal code  **BULVERDE          TX 78163** | | F Total assets (see instr.) $ **3,441,476.** |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify)
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ......... **6**
J Check if Schedules C and M-3 are attached ................................................................ ☐
K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

Caution: Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 1a | 1,201,273. | |
| | b Returns and allowances | 1b | | |
| | c Balance. Subtract line 1b from line 1a | | 1c | 1,201,273. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | 200,000. |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 1,001,273. |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) STMT 1 | | 4 | -95,665. |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| | 7 Other income (loss) (attach statement) SEE STATEMENT 2 | | 7 | 2,840,324. |
| | 8 Total income (loss). Combine lines 3 through 7 | | 8 | 3,745,932. |
| **Deductions (see instructions for limitations)** | 9 Salaries and wages (other than to partners) (less employment credits) | | 9 | 1,397,649. |
| | 10 Guaranteed payments to partners | | 10 | |
| | 11 Repairs and maintenance | | 11 | 45,250. |
| | 12 Bad debts | | 12 | |
| | 13 Rent | | 13 | 921. |
| | 14 Taxes and licenses SEE STATEMENT 3 | | 14 | 169,899. |
| | 15 Interest (see instructions) | | 15 | 10,887. |
| | 16a Depreciation (if required, attach Form 4562) | 16a | 31,745. | |
| | b Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 31,745. | 16c |
| | 17 Depletion (Do not deduct oil and gas depletion.) | | 17 | |
| | 18 Retirement plans, etc. | | 18 | |
| | 19 Employee benefit programs | | 19 | 76,177. |
| | 20 Other deductions (attach statement) SEE STATEMENT 4 | | 20 | 1,093,795. |
| | 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 2,826,323. |
| | 22 Ordinary business income (loss). Subtract line 21 from line 8 | | 22 | 919,609. |
| **Tax and Payment** | 23 Interest due under the look-back method-completed long-term contracts (attach Form 8697) | | 23 | |
| | 24 Interest due under the look-back method-income forecast method (attach Form 8866) | | 24 | |
| | 25 BBA AAR imputed underpayment (see instructions) | | 25 | |
| | 26 Other taxes (see instructions) | | 26 | |
| | 27 Total balance due. Add lines 23 through 26 | | 27 | |
| | 28 Payment (see instructions) | | 28 | |
| | 29 Amount owed. If line 28 is smaller than line 27, enter amount owed | | 29 | |
| | 30 Overpayment. If line 28 is larger than line 27, enter overpayment | | 30 | |

Sign Here
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____  Date _____

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| Paid Preparer Use Only | JON W. GALE, CPA | JON W. GALE, CPA | 09/14/23 | | P00049884 |
| | Firm's name ▶ CLIFTONLARSONALLEN LLP | | | Firm's EIN ▶ ████ 749 | |
| | Firm's address ▶ 9901 IH-10 WEST STE 350  SAN ANTONIO, TX 78230 | | | Phone no. (210) 298-7900 | |

LHA For Paperwork Reduction Act Notice, see separate instructions.  211001 12-19-22  Form **1065** (2022)

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

Form 1065 (2022)   AMELIOM HOLDINGS LP   ██████ 126   Page **2**

| Schedule B | Other Information | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return?  Check the applicable box: | | |
| a | ☐ Domestic general partnership   b ☒ Domestic limited partnership | | |
| c | ☐ Domestic limited liability company   d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership   f ☐ Other | | |
| 2 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 3 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | X | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| ARCHSYS, INC | ██████560 | UNITED STATES | 100.00 |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | X | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| AMELIOM IT LLC | ██████844 | PARTNERSHIP | UNITED STATES | 100.00 |
| AMELIOM VENTURES LLC | ██████926 | PARTNERSHIP | UNITED STATES | 100.00 |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 4 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| 5 | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| 6 | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 7 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 8 | At any time during calendar year 2022, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| 9 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 10 a | Is the partnership making, or had it previously made (and not revoked), a sec. 754 election?  See instr. for details regarding a sec. 754 election | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instruction | | X |

211011  12-19-22

13030915 131839 A130781   2   2022.04020 AMELIOM HOLDINGS LP   A1307812

Form **1065** (2022)

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

Form 1065 (2022)  **AMELIOM HOLDINGS LP**　　　　　　　　　　　　126　Page **3**

| **Schedule B** | **Other Information** *(continued)* | | Yes | No |
|---|---|---|---|---|
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ........ ☐ | | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ........ | | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ........ | | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ........ | | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ........ | | | |
| 16 a | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions ........ | | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? ........ | | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return ........ | | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ........ | | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ........ | | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 ........ | | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? ........ | | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions ........ | | | X |
| | If "Yes," enter the total amount of the disallowed deductions ........ $ | | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ........ | | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions ........ | | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the partnership has business interest expense. | | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | | |
| | If "Yes" to any, complete and attach Form 8990. | | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ........ | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ........ $ | | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ........ | | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? ........ | | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | | X |
| | Percentage:　　　　　　By vote　　　　　　By value | | | |
| 29 | Reserved for future use | | | |
| 30 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions ........ | | X | |
| | If "Yes," the partnership must complete Sch. B-2 (Form 1065). Enter the total from Sch. B-2, Part III, line 3 ........ 6 | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR

U.S. address of PR _____　U.S. phone number of PR

If the PR is an entity, name of the designated individual for the PR

U.S. address of designated individual _____　U.S. phone number of designated individual

211021  12-19-22

Form **1065** (2022)

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

Form 1065 (2022)    AMELIOM HOLDINGS LP    126    Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

**Income (Loss)**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 22) | **1** | 919,609. |
| 2 | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| 3a | Other gross rental income (loss) .... 3a | | |
| b | Expenses from other rental activities (attach statement) .... 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| 4 | Guaranteed payments. a Services 4a   b Capital 4b | | |
| c | Total. Add lines 4a and 4b | **4c** | |
| 5 | Interest income | **5** | |
| 6 | Dividends and dividend equivalents: a Ordinary dividends  **SEE STATEMENT 5** | **6a** | 365,000. |
| | b Qualified dividends 6b 365,000. c Dividend equivalents 6c | | |
| 7 | Royalties | **7** | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| b | Collectibles (28%) gain (loss) .... 9b | | |
| c | Unrecaptured section 1250 gain (attach statement) .... 9c | | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| 11 | Other income (loss) (see instructions) Type | **11** | |

**Deductions**

| | | | |
|---|---|---|---|
| 12 | Section 179 deduction (attach Form 4562) | **12** | |
| 13a | Contributions  **SEE STATEMENT 6** | **13a** | 17,779. |
| b | Investment interest expense | **13b** | 170,675. |
| c | Section 59(e)(2) expenditures: (1) Type    (2) Amount | **13c(2)** | |
| d | Other deductions (see instructions) Type | **13d** | |

**Self-Employment**

| | | | |
|---|---|---|---|
| 14a | Net earnings (loss) from self-employment | **14a** | 883,101. |
| b | Gross farming or fishing income | **14b** | |
| c | Gross nonfarm income | **14c** | 3,689,086. |

**Credits**

| | | | |
|---|---|---|---|
| 15a | Low-income housing credit (section 42(j)(5)) | **15a** | |
| b | Low-income housing credit (other) | **15b** | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| d | Other rental real estate credits (see instructions) Type | **15d** | |
| e | Other rental credits (see instructions)  Type | **15e** | |
| f | Other credits (see instructions)  Type | **15f** | |

**International**

| | | | |
|---|---|---|---|
| 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |

**Alternative Minimum Tax (AMT) Items**

| | | | |
|---|---|---|---|
| 17a | Post-1986 depreciation adjustment | **17a** | |
| b | Adjusted gain or loss | **17b** | |
| c | Depletion (other than oil and gas) | **17c** | |
| d | Oil, gas, and geothermal properties - gross income | **17d** | |
| e | Oil, gas, and geothermal properties - deductions | **17e** | |
| f | Other AMT items (attach statement) | **17f** | |

**Other Information**

| | | | |
|---|---|---|---|
| 18a | Tax-exempt interest income | **18a** | |
| b | Other tax-exempt income | **18b** | |
| c | Nondeductible expenses | **18c** | |
| 19a | Distributions of cash and marketable securities | **19a** | 418,884. |
| b | Distributions of other property | **19b** | |
| 20a | Investment income | **20a** | 365,000. |
| b | Investment expenses | **20b** | |
| c | Other items and amounts (attach statement)  **STMT 7** | | |
| 21 | Total foreign taxes paid or accrued | **21** | |

211041 12-19-22    Form **1065** (2022)

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

Form 1065 (2022)   AMELIOM HOLDINGS LP                    ████ 126   Page **5**

## Analysis of Net Income (Loss) per Return

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | | | **1** | 1,096,155. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | 1,052,639. | | | | |
| b | Limited partners | | | 43,516. | | | |

## Schedule L    Balance Sheets per Books

| | Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|---|
| 1 | Cash | | 18,050. | | 197,123. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | STATEMENT 8 | 0. | | 129,760. |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | STATEMENT 9 | 151,323. | | 55,658. |
| 9a | Buildings and other depreciable assets | 93,780. | | 218,329. | |
| b | Less accumulated depreciation | 41,691. | 52,089. | 73,436. | 144,893. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | STATEMENT 10 | 2,820,000. | | 2,914,042. |
| 14 | Total assets | | 3,041,462. | | 3,441,476. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 103,553. | | 71,520. |
| 17 | Other current liabilities (attach statement) | STATEMENT 11 | 83,970. | | 38,706. |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 50,724. | | 43,626. |
| 20 | Other liabilities (attach statement) | STATEMENT 12 | 2,773,000. | | 2,580,138. |
| 21 | Partners' capital accounts | | 30,215. | | 707,486. |
| 22 | Total liabilities and capital | | 3,041,462. | | 3,441,476. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 1,096,155. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest  $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d and 21 (itemize) | | a | Depreciation  $ | |
| a | Depreciation  $ | | | | |
| b | Travel and entertainment  $ | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 1,096,155. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 1,096,155. |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 30,215. | 6 | Distributions:  a Cash | 418,884. |
| 2 | Capital contributed:  a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | 1,096,155. | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | 418,884. |
| 5 | Add lines 1 through 4 | 1,126,370. | 9 | Balance at end of year. Subtract line 8 from line 5 | 707,486. |

13030915 131839 A130781          2022.04020 AMELIOM HOLDINGS LP          A1307812

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

| Form **1125-A** | **Cost of Goods Sold** | |
|---|---|---|
| (Rev. November 2018) | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶ Go to www.irs.gov/Form1125A for the latest information. | |

| Name | Employer Identification number |
|---|---|
| AMELIOM HOLDINGS LP | ▮126 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)  SEE STATEMENT 14 | 5 | 200,000. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 200,000. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 200,000. |

9a Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

b Check if there was a writedown of subnormal goods ......................................................... ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ......... ▶ ☐

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ...... 9d

e If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ....... ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ......... ☐ Yes ☒ No

  If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.        Form **1125-A** (Rev. 11-2018)

224441
04-01-22    LHA

13030915 131839 A130781      2022.04020 AMELIOM HOLDINGS LP      A1307812

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

**SCHEDULE B-1**
**(Form 1065)**
(Rev. August 2019)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership
► Attach to Form 1065.
► Go to www.irs.gov/Form1065 for the latest information.

OMB No. 1545-0123

Name of partnership

AMELIOM HOLDINGS LP

Employer identification number

██████126

**Part I    Entities Owning 50% or More of the Partnership**   (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II    Individuals or Estates Owning 50% or More of the Partnership**   (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| BRIAN ADAMS | ██████458 | UNITED STATES | 96.03 |
| | | | |
| | | | |
| | | | |
| | | | |

LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065.          Schedule B-1 (Form 1065) (Rev. 8-2019)

224551 04-01-22

13030915 131839 A130781               2022.04020 AMELIOM HOLDINGS LP               A1307812

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

| SCHEDULE B-2<br>(Form 1065)<br>(December 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Election Out of the Centralized<br>Partnership Audit Regime**<br>▶ Attach to Form 1065 or Form 1066.<br>▶ Go to www.irs.gov/Form1065 for instructions and the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of Partnership    AMELIOM HOLDINGS LP | Employer Identification Number (EIN)    126 |
|---|---|

Certain partnerships with 100 or fewer partners can elect out of the centralized partnership audit regime if each partner is an individual, a C corporation, a foreign entity that would be treated as a C corporation were it domestic, an S corporation, or an estate of a deceased partner. For purposes of determining whether the partnership has 100 or fewer partners, the partnership must include all shareholders of any S corporation that is a partner. By completing Part I, you are making an affirmative statement that all of the partners in the partnership are eligible partners under section 6221(b)(1)(C) and you have provided all of the information on this schedule. See the instructions, including the instructions for the treatment of real estate mortgage investment conduits (REMICs), for more details.

**Part I**  List of Eligible Partners
Use the following codes under Type of Eligible Partner:
I - Individual  C - Corporation  E - Estate of Deceased Partner  F - Eligible Foreign Entity  S - S corporation

| | Name of Partner | Taxpayer Identification Number (TIN) | Type of Eligible Partner (Code) |
|---|---|---|---|
| 1 | BRIAN ADAMS | | I |
| 2 | JAIME ADAMS | | I |
| 3 | JAMES PATRICK COHOON | | I |
| 4 | WILLIAM C FISHER | | I |
| 5 | ROBERT D SIMPSON | | I |
| 6 | BRIAN ADAMS AMELIOM LLC | | I |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

*Continued on Part IV*

**Part II**  List of S Corporation Shareholders  (For each S corporation partner, complete a separate Part II and separate Part V, if needed.)
Use the following codes under Type of Person:
I - Individual  E - Estate of Deceased Shareholder  T - Trust  O - Other

| Name of<br>S Corporation Partner ▶ | | TIN of Partner ▶ | |
|---|---|---|---|
| | Name of Shareholder | Shareholder TIN | Type of Person (Code) |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

*Continued on Part V*

**Part III**  Total Number of Schedules K-1 Required To Be Issued.  See instructions.

| | | | |
|---|---|---|---|
| 1 | Total of Part I and all Parts IV Schedules K-1 required to be issued by the partnership | 1 | 6. |
| 2 | Total of Part II and all Parts V Schedules K-1 required to be issued by any S corporation partners | 2 | |
| 3 | **Total.** Add line 1 and line 2 | 3 | 6. |

Note: If line 3 is more than 100, the partnership cannot make the election under section 6221(b).

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   214201 04-01-22         Schedule B-2 (Form 1065) (12-2018)

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) OTHER 1 | OMB No. 1545-0172 **2022** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to your tax return. Go to www.irs.gov/Form4562 for instructions and the latest information. | Attachment Sequence No. 179 |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| AMELIOM HOLDINGS LP | COMPUTER SERVICES | 126 |

**Part I** Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum amount (see instructions) | **1** | |
| 2 Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 Threshold cost of section 179 property before reduction in limitation | **3** | |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter the amount from line 29 | **7** | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | | **10** | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | **11** | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 Property subject to section 168(f)(1) election | **15** | |
| 16 Other depreciation (including ACRS) | **16** | 12,545. |

**Part III** MACRS Depreciation (Don't include listed property.) See instructions.

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | **21** | 19,200. |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 31,745. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

216251 12-08-22  LHA  **For Paperwork Reduction Act Notice, see separate instructions.** 9

Form **4562** (2022)

13030915 131839 A130781                    2022.04020 AMELIOM HOLDINGS LP                A1307812

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

Form 4562 (2022)     **AMELIOM HOLDINGS LP**     ███ 126   Page **2**

**Part V**   Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No    24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | | 25 | 19,200. |
| **26 Property used more than 50% in a qualified business use:** | | | | | | | | |
| 2022 JEEP | | % | | | | | | |
| WRANGLER | | % | | | | | | |
| UNLIMITED 7330 | 053122 | 100.00 % | 106,319. | 87,119. | 5.00 | 200DB-HY | | |
| **27 Property used 50% or less in a qualified business use:** | | | | | | | | |
| | : : | % | | | | S/L · | | |
| | : : | % | | | | S/L · | | |
| | : : | % | | | | S/L · | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | | 28 | 19,200. |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (don't include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who aren't more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** | Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2022 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2022 tax year | | | | 43 | |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | |

216252 12-08-22

Form **4562** (2022)

13030915 131839 A130781     2022.04020 AMELIOM HOLDINGS LP     A1307812

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

**2022 DEPRECIATION AND AMORTIZATION REPORT**

COMPUTER SERVICES                                                                                                           OTHER    1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MACHINERY & EQUIPMENT | | | | | | | | | | | | | | |
| | GENERATOR/WELDER - NORTHERN | | | | | | | | | | | | | | |
| 2 | TOOL & EQUIP | 02/22/21 | 200DB | 7.00 | | 16 | 3,718. | | | | 3,718. | 885. | | 809. | 1,694. |
| | JOHN DEERE 318 G SKID LOADER | | | | | | | | | | | | | | |
| 3 | BASE | 03/05/21 | 200DB | 7.00 | | 16 | 37,547. | | | | 37,547. | 8,940. | | 8,173. | 17,113. |
| 4 | JOHN DEERE ADDITIONAL EQUIP | 12/31/22 | 200DB | 7.00 | | 16 | 6,823. | | | | 6,823. | | | 0. | |
| 5 | APPLE EQUIPMENT | 09/16/22 | 200DB | 7.00 | | 16 | 5,624. | | | | 5,624. | | | 402. | 402. |
| 6 | TITAN EQUIPMENT | 07/18/22 | 200DB | 7.00 | | 16 | 2,587. | | | | 2,587. | | | 308. | 308. |
| | SKID STEER SOLUTIONS, INC | | | | | | | | | | | | | | |
| 7 | EQUIPMENT | 08/18/22 | 200DB | 7.00 | | 16 | 3,196. | | | | 3,196. | | | 304. | 304. |
| | * OTHER TOTAL MACHINERY & | | | | | | | | | | | | | | |
| | EQUIPMENT | | | | | | 59,495. | | | | 59,495. | 9,825. | | 9,996. | 19,821. |
| | | | | | | | | | | | | | | | |
| | TRANSPORTATION EQUIPMENT | | | | | | | | | | | | | | |
| 1 | 2016 BMW M4 | 02/26/20 | 200DB | 5.00 | | 16 | 52,515. | | | 18,100. | 34,415. | 31,866. | | 2,549. | 34,415. |
| | 2022 JEEP WRANGLER UNLIMITED | | | | | | | | | | | | | | |
| 8 | 7330 | 05/31/22 | 200DB | 5.00 | | 21 | 106,319. | | | 19,200. | 87,119. | | | 19,200. | |
| | * OTHER TOTAL TRANSPORTATION | | | | | | | | | | | | | | |
| | EQUIP | | | | | | 158,834. | | | 37,300. | 121,534. | 31,866. | | 21,749. | 34,415. |
| | * GRAND TOTAL OTHER | | | | | | | | | | | | | | |
| | DEPRECIATION | | | | | | 218,329. | | | 37,300. | 181,029. | 41,691. | | 31,745. | 54,236. |
| | | | | | | | | | | | | | | | |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 93,780. | | 0. | 18,100. | 75,680. | 41,691. | | | 53,222. |
| | ACQUISITIONS | | | | | | 124,549. | | 0. | 19,200. | 105,349. | 0. | | | 1,014. |
| | DISPOSITIONS/RETIRED | | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | ENDING BALANCE | | | | | | 218,329. | | 0. | 37,300. | 181,029. | 41,691. | | | 54,236. |

228111 04-01-22                                        (D) - Asset disposed                              * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| **AMELIOM HOLDINGS LP** | | | 126 |

| | | | |
|---|---|---|---|
| 1 a Ordinary income (loss) (Schedule K, line 1) | 1a | 919,609. | |
| b Net income (loss) from **CERTAIN** rental real estate activities | 1b | | |
| c Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | |
| d Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | 1d | | |
| e Other additions | 1e | | |
| f Combine lines 1a through 1e | 1f | 919,609. | |
| 2 a Net gain from Form 4797, Part II, line 17, included on line 1a above | 2a | | |
| b Other subtractions | 2b | | |
| c Add lines 2a and 2b | 2c | | |
| 3 a Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | 919,609. | |
| b Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | 36,508. | |
| c Subtract line 3b from line 3a | | | 3c 883,101. |
| 4 a Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) | 4a | | |
| b Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | |
| c Subtract line 4b from line 4a | | | 4c |
| 5 Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | | | 5 883,101. |

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

AMELIOM HOLDINGS LP                                                             ██████126

| FORM 1065 | INCOME (LOSS) FROM OTHER PARTNERSHIPS, ETC. | STATEMENT 1 |
|---|---|---|

| NAME AND ADDRESS | EMPLOYER ID | AMOUNT |
|---|---|---|
| BETTY'S HEALTH COMPANY LLC<br>PO BOX 692167<br>SAN ANTONIO, TX 78269 | ██████133 | -95,665. |
| TOTAL TO FORM 1065, LINE 4 | | -95,665. |

| FORM 1065 | OTHER INCOME | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MANAGEMENT FEE INCOME | 2,840,324. |
| TOTAL TO FORM 1065, LINE 7 | 2,840,324. |

| FORM 1065 | TAX EXPENSE | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 169,899. |
| TOTAL TO FORM 1065, LINE 14 | 169,899. |

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

AMELIOM HOLDINGS LP                                                      ██████126

---

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADVERTISING | 8,463. |
| AUTO EXPENSES - AI | 39,286. |
| COMPUTER & INTERNET EXPENSE - AI | 393. |
| CONTRACT LABOR - AI | 542,545. |
| DUES & SUBSCRIPTIONS - AI | 5,519. |
| EDUCATION & TRAINING - AI | 1,000. |
| HARDWARE - AI | 11,658. |
| INSURANCE EXPENSE - AI | 40,592. |
| MEALS NOT SUBJECT TO LIMITATION | 91,400. |
| MERCHANT ACCOUNT FEES - AI | 104. |
| OFFICE EXPENSE - AI | 38,320. |
| OTHER BUSINESS EXPENSES - AI | 33,253. |
| PROCESSING/BANK FEES - AI | 10,924. |
| PROFESSIONAL & LEGAL FEES - AI | 100,307. |
| RECRUITING FEES - AI | 11,452. |
| SOFTWARE - AI | 34,346. |
| TELEPHONE EXPENSE - AI | 7,415. |
| TRAVEL - AI | 112,826. |
| UNIFORMS - AI | 2,151. |
| UTILITIES - AI | 1,841. |
| TOTAL TO FORM 1065, LINE 20 | 1,093,795. |

---

| SCHEDULE K | DIVIDEND INCOME | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | ORDINARY DIVIDENDS | QUALIFIED DIVIDENDS |
|---|---|---|
| ARCHSYS INC | 365,000. | 365,000. |
| TOTAL TO SCHEDULE K, LINES 6A & 6B | 365,000. | 365,000. |

---

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | TYPE | AMOUNT |
|---|---|---|
| BOERNE KENDALL COUNTY ANGEL NETWORK | CASH (60%) | 500. |
| HIS HILL RANCH | CASH (60%) | 530. |
| NAVY LEAGUE OF US | CASH (60%) | 16,500. |
| TUNNEL FOR TOWERS | CASH (60%) | 249. |
| TOTALS TO SCHEDULE K, LINE 13A | | 17,779. |

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

AMELIOM HOLDINGS LP                                                            ▮126

| SCHEDULE K | OTHER ITEMS | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 199A - ORDINARY INCOME (LOSS) | -95,665. |
| SECTION 199A W-2 WAGES | 27,742. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 42,647. |
| PASSTHROUGH BUSINESS INTEREST EXPENSE | 8,233. |
| BUSINESS INTEREST EXPENSE | 10,887. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| AMELIOM IT - CONSTRUCTION IN PROGRESS PARKING GARAGE | 0. | 129,760. |
| TOTAL TO SCHEDULE L, LINE 6 | 0. | 129,760. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| INVESTMENT IN BETTY'S CO | 151,323. | 55,658. |
| TOTAL TO SCHEDULE L, LINE 8 | 151,323. | 55,658. |

| SCHEDULE L | OTHER ASSETS | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| AMELIOM LLC | 0. | 56,000. |
| ARCHSYS INC | 2,820,000. | 2,858,042. |
| TOTAL TO SCHEDULE L, LINE 13 | 2,820,000. | 2,914,042. |

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

AMELIOM HOLDINGS LP █████ 126

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| 2022 JEEP WRANGLER #7330 LOAN | 0. | 6,892. |
| AMERICAN EXPRESS | 19,378. | 17,370. |
| BENEFITS PAYABLE | 168. | 5,283. |
| EMPLOYEE CASH ADVANCES | 0. | 3,000. |
| FROST LOC | 49,424. | 0. |
| PAYROLL LIABILITIES | 0. | 6,161. |
| PERSONAL LOAN - WALTER | 15,000. | 0. |
| TOTAL TO SCHEDULE L, LINE 17 | 83,970. | 38,706. |

| SCHEDULE L | OTHER LIABILITIES | STATEMENT 12 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| BALLAD PROMISSORY NOTE #1 | 282,000. | 245,711. |
| BALLARD PROMISSORY NOTE #2 | 141,000. | 141,000. |
| SBA LOAN #9101 | 2,350,000. | 2,193,427. |
| TOTAL TO SCHEDULE L, LINE 20 | 2,773,000. | 2,580,138. |

DocuSign Envelope ID: 5BC8ED48-D2FE-4593-B3F3-71D06FE7527F

AMELIOM HOLDINGS LP           ▮126

| FORM 1065 | PARTNERS' CAPITAL ACCOUNT SUMMARY | | | | STATEMENT 13 |
|---|---|---|---|---|---|
| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH- DRAWALS | ENDING CAPITAL |
| 1 | -73,316. | | 1,052,639. | 418,884. | 560,439. |
| 2 | 1,696. | | 10,631. | | 12,327. |
| 3 | 33,945. | | 10,962. | | 44,907. |
| 4 | 33,945. | | 10,962. | | 44,907. |
| 5 | 33,945. | | 10,961. | | 44,906. |
| 6 | 0. | | 0. | | 0. |
| TOTAL | 30,215. | | 1,096,155. | 418,884. | 707,486. |

| FORM 1125-A | OTHER COSTS | STATEMENT 14 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| COGS OTHER COSTS | | 200,000. |
| TOTAL TO LINE 5 | | 200,000. |